Mutual Life Insurance Co. *v.* Easton and Amboy R. R. Co.

the fact that Mr. Bray did not set up his claim in this suit at all until he advanced it in this application for surplus, which was made almost two years after the suit was begun, provokes suspicion as to the *bona fides* thereof, and leads to the rejection of it as being stale, if not unfounded. I see no reason to apprehend that any mistake of law has been made in the order complained of. The order gives no costs to either party. This award is, under the circumstances, eminently proper, in view of the great and unnecessary prolixity of the proceedings on both sides before the master. The application is denied, with costs.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK

*v.*

THE EASTON AND AMBOY RAILROAD COMPANY et al.

Bill to foreclose. Motion to settle form of decree.

*Mr. F. G. Burnham,* for complainant.

*Mr. T. N. McCarter,* for railroad company.

THE CHANCELLOR.

In the opinion in this case (*11 Stew. Eq. 132*) it is said that the railroad company is to pay no costs of the suit, up to the time of ascertaining the deficiency. The complainant's counsel insists that the costs should be part of the amount to be raised by the sale of the part of the mortgaged premises not taken by the railroad company. On looking into the decree in *Booraem* v. *North Hudson R. R. Co., 12 C. E. Gr. 371, 1 Stew. Eq. 450, 593,* which case I intended to follow in deciding this, I find that it was so decreed there. It will be so decreed in this case.